1  E. MARTIN ESTRADA
   United States Attorney
2  MACK E. JENKINS
   Assistant United States Attorney
3  Chief, Criminal Division
   JONATHAN GALATZAN (Cal. Bar No. 190414)
4  Assistant United States Attorney
   Chief, Asset Forfeiture & Recovery Section
5       1400 United States Courthouse
        312 North Spring Street
6       Los Angeles, California 90012
        Telephone: (213) 894-2727
7       Facsimile: (213) 894-0142
        E-mail:   Jonathan.Galatzan@usdoj.gov
8
   Attorneys for Plaintiff
9  UNITED STATES OF AMERICA

10
                    UNITED STATES DISTRICT COURT
11
                 FOR THE CENTRAL DISTRICT OF CALIFORNIA
12
                          WESTERN DIVISION
13
   UNITED STATES OF AMERICA,          No. 8:21-cr-00101-CJC
14
           Plaintiff,                 NOTICE OF GOVERNMENT'S FILING OF
15                                     RECORDED WITHDRAWAL OF LIS PENDENS
                v.
16
   JULIO CESAR MARTINEZ, ET AL.,
17 aka "Primo",

18         Defendant.

19

20      Pursuant to Section 405.22 of the California Code of Civil

21 Procedure, plaintiff United States of America hereby files with the

22 Court a copy of the Withdrawal of Lis Pendens which was recorded in

23 / /

24 / /

25

26

27

28

the County Recorder's Office, Riverside County, California.  A copy of the recorded Withdrawal of Lis Pendens is attached hereto as Exhibit "A."

Dated: February 2, 2023          Respectfully submitted,

                                 E. MARTIN ESTRADA
                                 United States Attorney
                                 MACK E. JENKINS
                                 Assistant United States Attorney
                                 Chief, Criminal Division

                                 _____/s/_____
                                 JONATHAN GALATZAN
                                 Assistant United States Attorney
                                 Chief, Asset Forfeiture & Recovery
                                 Section

                                 Attorneys for Plaintiff
                                 UNITED STATES OF AMERICA