**Recording Requested By: Simplifile**
**When Recorded Mail To**:
NAME: Krystie Sor, Senior Paralegal (FSA)
MAILING ADDRESS:
U.S. Attorney's Office
14th Floor, Asset Forfeiture Section
312 N. Spring Street, 14th Floor
Los Angeles, CA 90012

**DOC # 2023-0030357**
02/01/2023 11:35 AM Fees: $0.00
Page 1 of 4
Recorded in Official Records
County of Riverside
Peter Aldana
Assessor-County Clerk-Recorder

**This document was electronically submitted to the County of Riverside for recording**
Receipted by: LISA #580

SPACE ABOVE THIS LINE RESERVED FOR RECORDER'S USE

# WITHDRAWAL OF LIS PENDENS

Please Note: Exempt from the fee per GC 27388.1(a)(2); executed or recorded by a government agency.

EXHIBIT A

```
 1  E. MARTIN ESTRADA
    United States Attorney
 2  MACK E. JENKINS
    Assistant United States Attorney
 3  Chief, Criminal Division
    JONATHAN GALATZAN (Cal. Bar No. 190414)
 4  Assistant United States Attorney
    Chief, Asset Forfeiture & Recovery Section
 5       United States Courthouse, 14th Floor
         312 North Spring Street
 6       Los Angeles, California 90012
         Telephone: (213) 894-2727
 7       Facsimile: (213) 894-0142
         E-mail:    Jonathan.Galatzan@usdoj.gov
 8
    Attorneys for Plaintiff
 9  UNITED STATES OF AMERICA
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| UNITED STATES OF AMERICA, | Case No. 8:21-cr-00101-CJC |
|---|---|
| Plaintiff, | WITHDRAWAL OF LIS PENDENS AS TO REAL PROPERTY LOCATED IN HEMET, CALIFORNIA |
| v. | |
| JULIO CESAR MARTINEZ, ET AL. aka "Primo", | |
| Defendants. | |
| MICHAEL ZARKA, | |
| Titleholder. | |

NOTICE IS HEREBY GIVEN that the United States of America, plaintiff in this action, hereby withdraws the Lis Pendens recorded July 15, 2021, as Document 2021-0424818, in the County of Riverside, State of California, with the common address of ▮

EXHIBIT A

1  Hemet, California 92544 and is more particularly described as
2  follows:
3      The real property in the City of Hemet, County of
4      Riverside, State of California, described as:
5
6      Lot 2 of Tract No. 24087, in the City of Hemet, County of
7      Riverside, State of California, as per map recorded in Book
8      250, pages 56 and 57 inclusive of maps, in the office of
9      the county recorder of said County.
10 Assessor's Parcel No.: 451-220-028.
11     For further information concerning the action, reference may be
12 made to the records of the Clerk of the Court for the United States
13 District Court at Los Angeles, California. Title to the real property
14 is recorded in the name of Michael Zarka.
15  Dated: 2-1-23            E. MARTIN ESTRADA
                             United States Attorney
16                           MACK E. JENKINS
                             Assistant United States Attorney
17                           Chief, Criminal Division
18                           _____
                             JONATHAN GALATZAN
19                           Assistant United States Attorney
                             Chief, Asset Forfeiture & Recovery
20                           Section
21                           Attorneys for Plaintiff
                             UNITED STATES OF AMERICA
22
23
24
25
26
27
28
                                    2

EXHIBIT A

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document, to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA     )
                        )  SS
COUNTY OF LOS ANGELES   )

On this <u>1st</u> day of February, 2023, before me, Tarleen Khauv, Notary Public, personally appeared, Assistant U.S. Attorney Jonathan Galatzan, who proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

_____
TARLEEN KHAUV
Notary Public

[Notary Seal: TARLEEN KHAUV, Comm. #2329928, Notary Public - California, Los Angeles County, Comm. Expires Jun 25, 2024]

3

EXHIBIT A